UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BLUE, | No. C 12-4826 YGR (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| J. RAMSEY and WHITTENBERG, | |
| Defendants. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $350.00, within 30 days, or face dismissal of the action. More than 30 days have passed and plaintiff has not filed a complete IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice. Plaintiff's motion to proceed IFP (Docket No. 2) is DENIED as insufficient.

Any motion to reopen this action **must** contain (1) payment of the full filing fee of $350.00, **or** (3) a complete IFP application, which includes a completed and signed application form, a Certificate of Funds signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months.

The Clerk shall terminate Docket No. 2, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED:      November 16, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**