**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BLUE, | No. C 12-4826 YGR (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| J. RAMSEY and WHITTENBERG, | |
| Defendants. | |

The action having been dismissed, the Court hereby enters judgment in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: November 16, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

No. C 12-4826 YGR (PR)
JUDGMENT