1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE J. BLUE,                                        No. C 12-4826 YGR (PR)

        Plaintiff,                            **JUDGMENT**

    v.

J. RAMSEY and WHITTENBERG,

        Defendants.
_____/

     The action having been dismissed, the Court hereby enters judgment in favor of defendants.  Plaintiff shall take nothing by way of his complaint.

     **IT IS SO ORDERED**.

DATED: _November 16, 2012_____      _____
                               YVONNE GONZALEZ ROGERS
                               UNITED STATES DISTRICT COURT JUDGE

**United States District Court**
For the Northern District of California